### EDMONDSON *v.* SOUTH GEORGIA RAILWAY COMPANY.

COBB, J. It not affirmatively appearing from the bill of exceptions that the same was served within ten days, and filed in the office of the clerk of the trial court within fifteen days, after having been certified by the judge, and counsel for defendant in error having acknowledged service in these words only, " I acknowledge service of a true copy of the foregoing bill of exceptions, and further service thereof is waived," the writ of error must be dismissed. *Vickers* v. *Sanders*, 106 *Ga.* 265.

*Writ of error dismissed. All the Justices concurring, except Lewis, J., absent.*

Submitted May 1,— Decided June 12, 1902.

Motion to dismiss the writ of error.

*M. Baum* and *S. S. Bennet,* for plaintiff.
*H. G. Turner,* for defendant.